U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
5:10 P. M
JAN 14 2009
M. Dance
**Deputy Clerk**

**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )    CASE NO. CR597-003 |
| JAMES CONAWAY, a/k/a Little | ) |
| James, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### O R D E R

Before the Court is Defendant Conaway's Request for Certificate of Appealability. (Doc. 1927.) However, Defendant is not appealing a decision in a habeas proceeding. Therefore, no certificate of appealability is required before the Eleventh Circuit Court of Appeals may hear Defendant's case. See 28 U.S.C. § 2253 (requiring certificate of appealability for appeals of final judgments in habeas proceedings). Accordingly, Defendant's Request for a Certificate of Appealability is **DISMISSED AS MOOT**.

SO ORDERED this _14th_ day of January, 2009.

_____

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA